UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSON HEDGEPETH,<br><br>        Petitioner,<br><br>    v.<br><br>R. MADDEN,<br><br>        Respondent. | Case No. 20-00858 BLF (PR)<br><br>**ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*** <br><br><br>(Docket No. 29) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction. Petitioner has recently filed an "affidavit in support of motion to proceed as a poor person." Dkt. No. 29. It appears that this matter was reopened without a decision on Petitioner's application for leave to proceed *in forma pauperis* ("IFP"). *See* Dkt. No. 14 at 36-41. The application and supporting documents indicate that IFP status is warranted. *Id.* Accordingly, Petitioner's application for leave to proceed IFP is GRANTED. No fee is due.

**IT IS SO ORDERED.**

Dated: _September 20, 2021_____

                                                  BETH LABSON FREEMAN
                                                  United States District Judge

Order Granting IFP
PRO-SE\BLF\HC.20\00858Hedgepeth_grant-ifp