UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSON HEDGEPETH,<br><br>    Petitioner,<br><br>    v.<br><br>R. MADDEN,<br><br>    Respondent. | Case No.  20-0858 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>(Docket No. 31) |

Petitioner, a California inmate, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 2, 2021, the Court issued an order to show cause.  Dkt. No. 24.  Respondent has filed an answer.  Dkt. No. 28.  Petitioner has filed a motion for extension of time to file a traverse.  Dkt. No. 31.

In his motion, Petitioner states that he has limited access to a copy service and needs more time to obtain filing copies of his traverse.  Dkt. No. 31.  Having shown good cause, Petitioner's motion for an extension of time is **GRANTED**.  Petitioner shall file a traverse **no later than October 25, 2021**.

**IT IS SO ORDERED.**

Dated:  __September 24, 2021__

                                                        BETH LABSON FREEMAN
                                                        United States District Judge