UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HASSON HEDGEPETH,

   Petitioner,

  v.

R. MADDEN,

   Respondent.

Case No. 20-cv-00858-BLF (PR)

**JUDGMENT**

  For the reasons stated in the order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

  **IT IS SO ORDERED.**

Dated: March 14, 2022

BETH LABSON FREEMAN
United States District Judge